**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br>**LINDA FAYE COLLINS**<br>Debtor. | Bankr. No. 11-23652 |
| **LINDA FAYE COLLINS**<br>Plaintiff,<br><br>v.<br><br>**NEW GLEN ACRES DIVISION 3 OWNERS ASSOCIATION and GLEN ACRES HOMEOWNERS' ASSOCIATION**<br>Defendants. | Adv. Proc. No. 19-01018<br><br>**ORDER CORRECTING CAPTION** |

THIS MATTER having come before the Court via the Stipulation of the parties and the Court being otherwise duly advised in the premises, it is hereby ORDERED:

That the caption of the above-entitled adversary proceeding is changed to indicate that the defendants are New Glen Acres Division 3 Owners Association and Glen Acres Homeowners Association.

/// END OF ORDER ///

ORDER CORRECTING CAPTION- 1

GREGORY J. JALBERT
Attorney at Law
2033 Sixth Avenue 600
Seattle, WA 98121
(206) 588-6354

Presented by

/s/ Gregory J Jalbert
Gregory Jalbert, WSBA #9480
Attorney for Plaintiff

and

Condominium Law Group PLLC

/s/ Brett C. Masch
Brett C. Masch, WSBA 43851
Attorney for Defendants

ORDER CORRECTING CAPTION- 2

GREGORY J. JALBERT
Attorney at Law
2033 Sixth Avenue 600
Seattle, WA 98121
(206) 588-6354