| | |
|---|---|
| Gregory J Jalbert<br>2033 6th Avenue #600<br>Seattle, WA 98121<br>(206) 588-6354 | Timothy W. Dore |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br>**LINDA FAYE COLLINS**<br>Debtor. | Number 11-23652 |
| **LINDA FAYE COLLINS**<br>Plaintiff,<br>v.<br>**NEW GLEN ACRES DIVISION 3 OWNERS ASSOCIATION and GLEN ACRES HOMEOWNERS' ASSOCIATION**<br>Defendants. | Adversary Number: 19-01018<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

This Stipulation is entered into by and between the Plaintiff and the Defendants, by and through their respective attorneys of record.

THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree that the above adversary proceeding may be dismissed with each party paying their own costs and attorney's fees.

IT IS SO STIPULATED:

Dated 7.16.19

/s/ Gregory J Jalbert
Gregory Jalbert, WSBA #9480
Attorney for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL - 1

GREGORY J. JALBERT
Attorney at Law
2033 Sixth Avenue 600
Seattle, WA 98121
(206) 588-6354

Dated 7.16.19

Condominium Law Group PLLC

*/s/* Brett C. Masch
Brett C. Masch, WSBA 43851
Attorney for Defendants

STIPULATION FOR ORDER OF DISMISSAL - 2

GREGORY J. JALBERT
Attorney at Law
2033 Sixth Avenue 600
Seattle, WA 98121
(206) 588-6354

Case 19-01018-TWD    Doc 13    Filed 07/16/19    Ent. 07/16/19 13:21:55    Pg. 2 of 2